AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Joseph Eric Demeo<br><br><br>_____<br>*Defendant* | )<br>)<br>)  Case No.  2:26-mj-1001-NPM<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Joseph Eric Demeo                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Interstate Communication of Threats, in violation of 18 U.S.C. § 875(c).

Date:  January 1, 2026                                         _Nicholas P. Mizell_
                                                                *Issuing officer's signature*

City and state:    Fort Myers, Florida                         Nicholas P. Mizell, United States Magistrate Judge
                                                                *Printed name and title*

---

### Return

This warrant was received on *(date)* 1/1/2026 , and the person was arrested on *(date)* 1/2/2026
at *(city and state)* Naples, FL .

Date: 1/2/2026                                                 _Kyle Wheeler_
                                                                *Arresting officer's signature*

                                                                Kyle Wheeler, Special Agent
                                                                *Printed name and title*  FBI